IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00639-PSF-BNB

STURCO LLP,

Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.,
TOM BOESCH,
JUDY BOESCH,
ANGEL WINGS ENTERPRISES, INC.,
BRIAN A. HANSEN, and
PAMELA R. HANSEN,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendants Sunspot Enterprises, Inc., Tom Boesch and Jody Boesch's Unopposed Motion for Leave to Amend Defendants' Answer Pursuant to F.R.C.P. 15(a)** (the "Motion"), filed July 22, 2005.  The Motion is unopposed.

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to accept for filing the amended answer attached as an exhibit to the Motion.

IT IS FURTHER ORDERED that any response to the counterclaim and/or cross-claim contained in the amended answer shall be filed on or before **August 8, 2005**.

Dated July 25, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge