IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-639-PSF-BNB

STURCO LLP,

Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.,
TOM BOESCH,
JUDY BOESCH,
ANGEL WINGS ENTERPRISES, INC.,
BRIAN A. HANSEN, and
PAMELA R. HANSEN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants Angel Wings Enterprises, Inc., Brian A. Hansen and Pamela R. Haines' Unopposed Motion for Leave to Amend Defendants' Answer Pursuant to F.R.C.P. 15(a)** (the "Motion"), filed on July 28, 2005.

IT IS ORDERED that the Motion is GRANTED and the Amended Answer (docket no. 18) is filed with the Court.

DATED: August 1, 2005