UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-639-PSF-BNB

STURCO LLP,

Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.;
TOM BOESCH;
JUDY BOESCH;
ANGEL WINGS ENTERPRISES, INC.;
BRIAN A. HANSEN; and
PAMELA R. HAINES,

Defendants.

## ORDER GRANTING MOTION TO AMEND CAPTION

THIS MATTER having come before the Court on Defendant Pamela R. Haines (sic) Hansen's Unopposed Motion to Amend Caption (Dkt. # 26), and the Court having been advised in the premises, it hereby

GRANTS defendant's motion.  The caption in this case shall be changed to reflect Pamela R. Haines as a defendant instead of Pamela R. Hansen.

DATED:  August 5, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge