**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-639-PSF-BNB

STURCO LLP

    Plaintiff,

v.

SUNSPOT ENTERPRISES, INC., TOM BOESCH, JUDY BOESCH
ANGEL WINGS ENTERPRISES, INC., BRIAN A. HANSEN, PAMELA R. HAINES

    Defendant.

---

### ORDER GRANTING LEAVE TO AMEND COMPLAINT

---

THE COURT having reviewed the Unopposed Motion to Amend Complaint, and being duly advised,

IT IS HEREBY ORDERED that leave is granted to the plaintiff for the filing of the Amended Complaint attached to the motion.

IT IS FURTHER ORDERED that, due to the nature of the amendments relating to the existing defendants, it is unnecessary for them to file amended answers.

IT IS FURTHER ORDERED that the plaintiff promptly effect service of the summons and Amended Complaint upon the additional defendants.

Done this 30Th day of August, 2005.

BY THE COURT

_____
U.S. ~~District Court Judge~~/Magistrate Judge