IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00639-PSF-BNB

STURCO LLP,

Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.,
TOM BOESCH,
JUDY BOESCH,
ANGEL WINGS ENTERPRISES, INC.,
BRIAN A. HANSEN,
PAMELA R. HAINES,
STAN DOAN,
KATZSON BROTHERS, INC., and
LAUNDRY SUPPLY COMPANY,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a supplemental scheduling conference.  Consistent with matters discussed at that conference,

IT IS ORDERED that the schedule is modified to the following extent:

**Rule 26(a)(1) Disclosures:**  November 3, 2005

**Discovery Cut-Off:**  March 17, 2006

(All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**  April 14, 2006

**Expert Disclosures:**

**(a)** The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 11, 2005**

**(b)** All parties other than the plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 6, 2006**

**(b)** All parties shall designate rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 17, 2006**

**Final Pretrial Conference:**   The final pretrial conference set for January 18, 2006, at 10:00 a.m., is VACATED and RESET to **June 13, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **January 6, 2006**.

IT IS FURTHER ORDERED that the case caption shall be corrected to reflect the proper spelling of the defendant Katzs**o**n Brothers, Inc.

Dated October 20, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

2