IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00639-PSF-BNB

STURCO LLP,

Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.,
TOM BOESCH,
JUDY BOESCH,
ANGEL WINGS ENTERPRISES, INC.,
BRIAN A. HANSEN,
PAMELA R. HAINES,
STAN DOAN,
KATZSON BROTHERS, INC., and
LAUNDRY SUPPLY COMPANY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)   **Unopposed Motion for Extension of Time to Designate Non-Parties At Fault**

(the "Motion"), filed by defendant Katson Brothers, Inc., on October 26, 2005 [Docket No. 61];

(2)   **Defendant Angel Wings Enterprises, Inc., Brian A. Hansen and Pamela R. Haine's Joinder and Adoption of Unopposed Motion for Extension of Time to Designate Non-Parties At Fault** ("Angel Wings' Joinder"), filed October 26, 2005 [Docket No. 64];

(3)   **Defendant Sunspot Enterprises, Inc., Tom Boesch, Judy Boesch and Stan Doan's Joinder and Adoption of Unopposed Motion for Extension of Time to Designate Non-parties At Fault** ("Doan's Joinder"), filed October 26, 2005 [Docket No. 65]; and

(4) **Defendant Laundry Supply Company's Joinder and Adoption of Unopposed Motion for Extension of Time to Designate Non-Parties At Fault** ("Laundry Supply's Joinder"), filed October 27, 2005 [Docket No. 67].

I held a hearing on the Motion and the joinders in the Motion this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and defendant Katson Brothers, Inc., shall have an extension of time, to and including **December 23, 2005**, within which to designate non-parties at fault.

IT IS FURTHER ORDERED that Angel Wings' Joinder is DENIED.

IT IS FURTHER ORDERED that Doan's Joinder is GRANTED IN PART and that Stan Doan shall have an extension of time, to and including **December 23, 2005**, within which to designate non-parties at fault.  Doan's Joinder is DENIED in all other respects.

IT IS FURTHER ORDERED that Laundry Supply's Joinder is GRANTED and that Laundry Supply shall have an extension of time, to and including **December 23, 2005**, within which to designate non-parties at fault.

Dated November 8, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge