IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00639-PSF-BNB

STURCO, LLP,

    Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.;
TOM BOESCH;
JUDY BOESCH;
ANGEL WINGS ENTERPRISES, INC.;
BRIAN A. HANSEN; and
PAMELA R. HAINES,

    Defendants.

---

### ORDER GRANTING LEAVE TO WITHDRAW
### KATZSON BROTHERS' PARTIAL MOTION TO DISMISS

---

The Court, having reviewed the Stipulation to Withdraw Partial Motion to Dismiss (Dkt. # 71), and being fully advised, hereby ORDERS as follows:

1)     ORDERED that the Partial Motion to Dismiss is withdrawn;

2)     ORDERED that leave is granted to the plaintiff for the filing of the Second Amended Complaint, which is attached to the Stipulation;

3)     ORDERED that Katzson Brothers file its answer to the Second Amended Complaint within 10 days of the date of this Order;

4)     ORDERED that, due to the nature of the amendments relating to the other defendants, it is unnecessary for them to file amended answers.

DATED: December 14, 2005

BY THE COURT:
*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge