IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00639-PSF-BNB

STURCO LLP,

Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.,
TOM BOESCH,
JUDY BOESCH,
ANGEL WINGS ENTERPRISES, INC.,
BRIAN A. HANSEN,
PAMELA R. HAINES,
STAN DOAN,
KATZSON BROTHERS, INC., and
LAUNDRY SUPPLY COMPANY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order** (the "Motion"), filed on December 29, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties other than the plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 20, 2006**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 31, 2006**;

Discovery Cut-off: **April 28, 2006**;
Dispositive Motions Deadline: **May 26, 2006**.

IT IS FURTHER ORDERED that the Pretrial Conference set for June 13, 2006, is **vacated and reset to July 26, 2006, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 19, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED: January 3, 2006