IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00639-PSF-BNB

STURCO, LLP,

      Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.;
TOM BOESCH;
JUDY BOESCH;
ANGEL WINGS ENTERPRISES, INC.;
BRIAN A. HANSEN;
PAMELA R. HAINES;
STAN DOAN;
KATZSON BROTHERS, INC.; and
LAUNDRY SUPPLY COMPANY,

      Defendants.

---

## ORDER DIRECTING SUBMISSION OF DISMISSAL PAPERS

---

This matter comes before the Court pursuant to the Notice of Settlement filed January 26, 2006 (Dkt. # 93).  The Court ORDERS the parties to file papers dismissing this case no later than February 21, 2006, or otherwise advise the Court on that date why such dismissal has not been sought.

DATED: January 27, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge