IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00639-PSF-BNB

STURCO, LLP,

    Plaintiff,

v.

SUNSPOT ENTERPRISES, INC.;
TOM BOESCH;
JUDY BOESCH;
ANGEL WINGS ENTERPRISES, INC.;
BRIAN A. HANSEN;
PAMELA R. HAINES;
STAN DOAN;
KATZSON BROTHERS, INC.; and
LAUNDRY SUPPLY COMPANY,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

This matter comes before the Court pursuant to the Stipulation of Dismissal of Party Laundry Supply (Dkt. # 98) and Stipulation of Dismissal of Case (Dkt. # 99).

Although it is not clear why two separate stipulations were filed, the Court finds that together the two stipulations request dismissal of all claims against all defendants, and accordingly the Court grants the relief requested and ORDERS this case DISMISSED with prejudice, each party to bear his, her or its own respective attorneys' fees, costs and expenses.

DATED: March 9, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge